# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

v.                     Case No.  4:15-cr-00042-02 KGB

**LARRY YOUNG**                                                           **DEFENDANT**

## ORDER

Before the Court is the United States' motion to dismiss indictment without prejudice now pending against defendant Larry Young (Dkt. No. 31).  The United States' motion to dismiss indictment is granted, and the indictment now pending against Mr. Young is hereby dismissed without prejudice.

It is so ordered this 4th day of November, 2016.

_____
Kristine G. Baker
United States District Judge